UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER GUYTON, | ) | 1:06-CV-00345-OWW-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | TO FILE AMENDED COMPLAINT |
| v. | ) | (DOCUMENT #11) |
| | ) | |
| H. ALLISON, | ) | ORDER FOR CLERK TO FILE THE |
| | ) | AMENDED COMPLAINT WHICH WAS |
| Defendant. | ) | LODGED ON SEPTEMBER 13, 2006 |
| | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On August 28, 2006, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's order of August 1, 2006. Plaintiff lodged a proposed amended complaint on September 13, 2006. Good cause having been presented to the court, and GOOD CAUSE APPEARING IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to extend time to file an amended complaint is GRANTED nunc pro tunc to September 6, 2006; and

2.  The Clerk is DIRECTED to file the amended complaint which was lodged on September 13, 2006.nunc pro tunc.

IT IS SO ORDERED.

**Dated:   September 20, 2006**            **/s/  William M. Wunderlich**

1  j14hj0                              UNITED STATES MAGISTRATE JUDGE