IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GUYTON,

    Plaintiff,                      CV F 06 0345 OWW WMW

  vs.                               ORDER

H. ALLISON,

    Defendant.

On February 12, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. On February 21, 2007, Plaintiff filed a notice of change of address in a different case, indicating that he is now housed at Tehachapi State Prison. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:** **March 21, 2007**            **/s/ William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE