IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GUYTON,

    Plaintiff,                             CV F 06 0345 OWW WMW P

vs.                                      ORDER RE: FINDINGS & RECOMMENDATIONS (#15)

H. ALLISON,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 12, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days, and granted an extension of time to April 24, 2007. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

proper analysis.

   Accordingly, THE COURT HEREBY ORDERS that:

   1. The Findings and Recommendations issued by the Magistrate Judge on February 12, 2007, are adopted in full; and

   2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**  **May 8, 2007**              **/s/ Oliver W. Wanger**
                             UNITED STATES DISTRICT JUDGE